IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TOMMY R. CURRIE,
Inmate No. 13899-026,

Petitioner,

vs.

WARDEN,
*FCI Greenville*,[1]

Respondent.                                    Case No. 13-cv-83-DRH

## MEMORANDUM AND ORDER

**HERNDON, Chief District Judge:**

Petitioner, currently incarcerated at FCI Greenville, brings this habeas corpus action pursuant to 28 U.S.C. § 2241 as he alleges he was improperly assessed for halfway house placement under 18 U.S.C. § 2621(b) (Doc. 1, p. 2). Petitioner states he has not exhausted his administrative remedies, as he does not have time to complete the process before his pre-release date of May 20, 2013. Without commenting on the merits of petitioner's claims, the Court concludes that the petition survives preliminary review under Rule 4 and Rule 1(b) of the Rules Governing Section 2254 Cases in United States District Courts.[2]

## Filing Fee – Pending Motions

Petitioner filed a motion for leave to proceed *in forma pauperis* (IFP) in this

---

[1] The warden at FCI Greenville is James Cross, Jr. Thus, **the Clerk is instructed to change the docket sheet to reflect James Cross, Jr., as the proper respondent**. *See al-Marri v. Rumsfeld,* 360 F.3d 707, 712 (7th Cir. 2004).
[2] Rule 1(b) of those Rules gives this Court the authority to apply the rules to other habeas corpus cases

action on January 25, 2013 (Doc. 2), seeking waiver of the $5.00 filing fee for this action. He states that he is separately mailing a copy of his inmate trust fund statement. The undersigned Judge shall rule on petitioner's motion after the receipt of this information.

A response shall be ordered so that this matter may proceed in a timely fashion. However, if petitioner is ultimately ordered to pay the filing fee, this action shall be subject to dismissal if he does not comply with a payment order. *See* FED. R. CIV. P. 41(b).

**Disposition**

**IT IS HEREBY ORDERED** that respondent shall answer or otherwise plead within thirty days of the date this order is entered. This preliminary order to respond does not, of course, preclude the Government from raising any objection or defense it may wish to present. Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be **REFERRED** to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

Petitioner is **ADVISED** of his continuing obligation to keep the Clerk (and each opposing party) informed of any change in his whereabouts during the pendency of this action. This notification shall be done in writing and not later than seven (7) days after a transfer or other change in address occurs. Failure to provide such notice may result in dismissal of this action. See FED. R. CIV. P. 41(b).

**IT IS SO ORDERED.**

Signed this 30th day of January, 2013.

Digitally signed by
David R. Herndon
Date: 2013.01.30
15:26:47 -06'00'

**Chief Judge**
**United States District Court**