IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TOMMY R. CURRIE,**

Petitioner,

v.

**JAMES N. CROSS,**

Respondent.[1]                                                     No. 13-cv-83-DRH-DGW

## ORDER

**HERNDON, Chief Judge:**

    Before the Court is a Report and Recommendation (R&R) (Doc. 14), issued on March 26, 2013, by United States Magistrate Judge Donald G. Wilkerson, recommending dismissal without prejudice of petitioner Tommy R. Currie's § 2241 petition for a writ of habeas corpus (Doc. 1). Generally, petitioner alleges the BOP is violating his due process rights by failing to timely place him in a halfway house. Magistrate Judge Wilkerson recommends dismissal without prejudice of the petition for want of exhaustion.

    On March 27, 2013, the R&R was sent to the parties with a notice informing them of their right to file objections. Neither party filed timely objections to the R&R.[2] Thus, pursuant to 28 U.S.C. § 636(b), this Court need

---

[1] As the current warden of Greenville FCI, James N. Cross, is substituted as respondent. *See* Fed. R. Civ. P. 25(d). **The Clerk is instructed to change the docket sheet accordingly**.

[2] Although entered on March 29, 2013, petitioner's reply to respondent's response was sent on March 25, 2013 (Doc. 15). Thus, petitioner's reply is not an objection to the R&R, but a reply that

not conduct a *de novo* review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). In reviewing the unobjected to R&R for clear error, the Court is satisfied that Magistrate Judge Wilkerson's recommendation is correct. *See Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). Accordingly, the Court **ADOPTS** the R&R (Doc. 14) in its entirety. Petitioner's § 2241 petition is **DENIED**. The Court **DISMISSES** petitioner's claims **without prejudice**.

    **IT IS SO ORDERED.**

Signed this 22nd day of April, 2013.

Digitally signed by David R. Herndon
Date: 2013.04.22 11:16:20 -05'00'

**Chief Judge**
**United States District Court**

---

was sent prior to petitioner's receipt of Magistrate Judge Wilkerson's R&R. The statements of petitioner's reply do not affect the Court's instant ruling.